ment, entered March 23, 1923, which unanimously affirmed an order of the New York County Surrogate's Court deducting dower from the value of the testator's New York real estate in assessing a transfer tax upon his estate.

*A. Welles Stump* and *Charles A. Curtin* for appellant.

*William E. Carnochan* for respondents.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, CRANE and ANDREWS, JJ. Not voting: MCLAUGHLIN, J.

---

THE CITY OF UTICA, Respondent, *v.* TONY HANNA, Appellant.

*Appeal — order of Appellate Division reversing order amending order of injunction — appeal therefrom, without permission, dismissed.*

*City of Utica* v. *Hanna*, 206 App. Div. 732, appeal dismissed.

(Argued November 20, 1923; decided December 4, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 9, 1923, which reversed an order of Special Term granting a motion to amend an order of injunction.

*H. C. Sholes* for appellant.

*Henry D. Williams,* Corporation Counsel (*Arthur N. Gleason* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

In the Matter of the Petition of KINGS COUNTY TRUST COMPANY, as Trustee under the Will of JAMES S. T. STRANAHAN, Deceased, for Settlement of Its Accounts.

*Will — trust — establishment of trust — value of stock.*

*Matter of Stranahan,* 204 App. Div. 16, affirmed.

(Argued November 20, 1923; decided December 4, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered

December 22, 1922, modifying and affirming as modified a decree of the Kings County Surrogate's Court construing the will of James S. T. Stranahan, deceased. The Appellate Division directed that the several trusts created in and by the will and codicils of said decedent now existing be established upon a basis of $100 for each share of stock of the Atlantic Dock Company given in trust, and that the said Mary S. Croxson, the beneficiary under the said trusts, be paid all sums arising from said shares of stock in excess of the capital of said trusts as so established at $100 for each share of stock.

*Herbert T. Ketcham* for appellants.

*Francis L. Durk* for respondent.

Order affirmed, with costs to all parties payable out of the estate; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.

---

ROSE G. BERLINSKY, Appellant, *v.* GARFIELD A. BERLINSKY, Respondent.

*Appeal — order of Appellate Division reversing order denying order for vacation of order for service of summons by publication — appeal without permission dismissed.*

Berlinsky v. Berlinsky, 204 App. Div. 480, appeal dismissed.
(Submitted November 20, 1923; decided December 4, 1923.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 11, 1923, which reversed an order of Special Term denying a motion to vacate an order for service of the summons by publication and granted said motion.

*Benjamin F. Feiner, Ira Skutch* and *Ely S. Wolbarst* for appellant.

*Louis S. Posner* and *Copal Mintz* for respondent.

Appeal dismissed, with costs; no opinion.

Concur: HISCOCK, Ch. J., HOGAN, CARDOZO, POUND, MCLAUGHLIN, CRANE and ANDREWS, JJ.